IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                            CASE NO. 4:22-CR-00021-BSM

THEODIS DIXSON                                                       DEFENDANT

### ORDER

Theodis Dixson's pro se motion to reduce sentence [Doc. No. 15] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not reduce his sentencing range. *See* U.S.S.G § 1.10(a)(2). This is true because the amendment merely reduces his criminal history points from 17 to 16, and therefore his criminal history category remains at level VI.

Additionally, Dixson's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2). . . ." Doc. No. 6 at 4. Because Dixson knowingly and voluntarily entered into his plea agreement, he is not entitled to relief. *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a section 3582(c)(2) motion when the record established that the defendant knowingly and voluntarily entered the plea agreement).

IT IS SO ORDERED this 13th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE